UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAZMIN FRANKS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19-cv-2663-RWS |
| CITY OF SAINT LOUIS, JOHN HAYDEN, AND WILLIAM OLSTEN | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This case is before me on Defendant William Olsten's motion to stay the proceeding pending the outcome of his criminal trial. ECF No. [20]. Substantially identical motions were filed in Aldridge v. City of St. Louis, Mo., et al, No. 4:18-CV-1677-CAS (E.D. Mo)., Brady v. City of St. Louis, Mo., et al, No. 4:18-CV-1674 JCH (E.D. Mo.)., Crystal Brown v. City of St. Louis, Mo., et al, No. 4:18-cv-1676-JMB (E.D. Mo.)., and Heather De Mian v. city of St. Louis, Mo., et al, No. 4:18-cv-1680-AFG. On January 15, 2020, Judge Shaw entered a Memorandum and Order granting in part and denying in part Olsten's motion. Aldridge at Doc. # 69. On January 22, 2020, Judge Hamilton adopted the reasoning and holding in Judge Shaw's January 15th order. Brady at Doc. # 57. Judge Bodenhausen similarly adopted the reasoning and holding from Judge Shaw's January 15th order on

January 30, 2020. Brown at Doc. # 51. Finally, on February 11, 2020, Judge Fleissig adopted Judge Shaw's reasoning and holding. De Mian at Doc. #52. In the interest of consistency and judicial economy, this Court now does the same.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Olsten's motion to stay [20] is granted with respect to defendant Olsten only, and is denied with respect to all other parties.

**IT IS FURTHER ORDERED** that defendant Olsten shall file a report with the Court regarding the status of State v. Olsten, No. 1922-CR02199-01, no later than April 23, 2020, and every forty-five days thereafter during the partial stay, and within ten days after entry of a plea or return of a verdict.

**IT IS FURTHER ORDERED** that the Rule 16 Conference scheduled for April 16, 2020 at 2:00 pm is **reset** to **Thursday, May 21, 2020 at 9:30 a.m.** In my chambers. Plaintiff and Defendants City of St. Louis, Missouri and John Hayden shall file a joint proposed scheduling plan no later than **May 14, 2020**.

                                                  RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2020.